303

subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiff was sustained.

**No. 64645.**—Verona Dyestuffs *v.* United States, protest 59/26459 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles, the claim of the plaintiff was sustained.

**No. 64646.**—Verona Dyestuffs *v.* United States, protests 59/27219, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles, the claim of the plaintiff was sustained.

**No. 64647.**—Verona Dyestuffs *v.* United States, protests 59/32583 and 59/33964 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles, the claim of the plaintiff was sustained.

**No. 64648.**—Verona Dyestuffs *v.* United States, protest 60/580 (New York).